UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

LIBERTAS FUNDING, LLC,

Plaintiff,

v.

SDLA COURIER SERVICE, INC. and
JAMES ELMER GOODMAN, JR.,

Defendants.

---

24-CV-6635-MAV
ORDER

Plaintiff Libertas Funding, LLC originally filed this breach of contract action in the Supreme Court of the State of New York, County of Monroe (the "State Court"). *See* ECF No. 2. Defendants removed to the United States District Court for the Northern District of New York on September 27, 2024, pursuant to 28 U.S.C. § 1146(a), *see* ECF No. 1, and the case was transferred to the Western District on October 30, ECF No. 8. On October 31, Plaintiff filed a motion to remand to State Court for lack of subject matter jurisdiction. ECF Nos. 10, 10–2 at 5–6; *see* 28 U.S.C. §§ 1447(c), 1332(a)(1). The Court issued a scheduling order on November 4, setting a thirty-day deadline from the motion's filing for Defendants to object. ECF No. 11. That deadline has passed with no objection or other communication from Defendants. Thus, the Court grants Plaintiff's unopposed motion to remand this case to State Court for the reasons stated therein.

SO ORDERED.

Dated: December 6, 2024
Rochester, New York

HON. MEREDITH A. VACCA
UNITED STATES DISTRICT JUDGE